IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN J. ENGEL,

        Plaintiff,                  No. CIV S-11-1559 FCD DAD PS

    v.

PBD HOLDINGS, dba AT&T
ADVERTISING SOLUTIONS,         ORDER

        Defendant.
_____/

        By order filed June 20, 2011, this matter has been set for a Status (Pretrial Scheduling) Conference before the undersigned on August 26, 2011. (Doc. No. 8.) By notice filed June 22, 2011, defendant's counsel advised the court of his unavailability on the scheduled date and proposed that the status conference be continued to one of six proposed alternative dates. (Doc. No. 10.)

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Status (Pretrial Scheduling) Conference currently set for August 26, 2011, is continued to **September 9, 2011 at 10:00 a.m.** before the undersigned in Courtroom No. 27.

        2. Plaintiff's status report shall be filed and served on or before **August 26, 2011,** and defendant's status report shall be filed and served on or before **September 2, 2011**. Each status report shall address all matters enumerated in the order filed June 20, 2011 (Doc. No. 8).

1 Plaintiff is reminded that failure to file a timely status report or failure to appear at the status
2 conference either in person or telephonically may result in a recommendation that this action be
3 dismissed for lack of prosecution and as a sanction for failure to comply with court orders and
4 applicable rules.

5 DATED: July 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\engel1559.ossc.cont